STATE OF NEW JERSEY v. EDWARD WILKINS.

November 1, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. LARRY KEPHART.

November 1, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT LEE THORNTON.

November 1, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. JULIO PEREZ.

November 1, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. JEFFREY B. LEWIS.

November 1, 1988.

Petition for certification denied.